| Attorney or Party Name, Address, Telephone and FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br><br>☒ Attorney for Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER 2:10-bk-10994-AA |
|---|---|
| In re<br><br>Borey Teav<br><br><br><br>Debtor(s). | **DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE**<br><br>(No Hearing Required) |

Debtor moves this Court for an order dismissing the above-entitled bankruptcy case pursuant to 11 U.S.C. § 1307(b), and Local Bankruptcy Rule 3015-1(q)(1):

1. ☒ (a) The above-entitled case was commenced by the filing of a voluntary petition under Chapter 13 and has not been converted under 11 U.S.C. §§ 706, 1112, or 1208;
   **OR**
   ☐ (b) The above-entitled case was commenced by the filing of a voluntary petition under Chapter _____ and was converted to a case under Chapter 13 on _____.

2. ☐ (a) There is no motion for relief from, annulment of, or conditioning of the automatic stay pending in this case and no such motions have been filed in this case.
   **OR**
   ☒ (b) The following motion for relief from, annulment of, or conditioning of the automatic stay is currently pending in this case OR was filed and resolved OR has been withdrawn or denied:

   Filing Date: 10/18/10
   Movant: Chase Mortgage Finance Trust (1st Deed of Trust)
   Personal or Real Property: Real Property
   12029 Lambert Avenue, El Monte, CA 91732

   Status:    ☐ Pending    ☒ Resolved    ☐ Withdrawn/Denied
   *(Please attach additional pages if needed.)*

4. ☐ (a) Debtor has made no arrangements or agreements with any creditor or other person in connection with this request for dismissal.
   **OR**
   ☒ (b) Debtor has made the following arrangements or agreements with the creditor(s) or other person(s) identified below in connection with this request for dismissal:
   A short-sale transaction has been approved by the lender and Title company is requesting case be dismiss to allow to close the transaction before March 15, 2011. Otherwise, property will be foreclosed and Debtor will be liable for the 2nd deed of trust loan. See attached Debtor's declaration.
   *(Please attach additional pages if needed.)*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 3015-1.18
Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

| In re: | | CHAPTER 13 |
|---|---|---|
| Borey Teav | | |
| | Debtor(s). | CASE NUMBER 2:10-bk-10994-AA |

5.  Debtor seeks dismissal of this case for the following reasons:

    A short-sale transaction has been approved by the lender and Title company is requesting case be dismiss to allow to close the transaction before March 15, 2011. Otherwise, property will be foreclosed and Debtor will be liable for the 2nd deed of trust loan. See attached debtor's declaration.

    *(Please attach additional pages if needed.)*

Dated: March 3, 2011

_____
Attorney for Debtor(s)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 3, 2011

_____
Debtor

Dated: March 3, 2011

_____
Joint Debtor

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.18

Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

| In re: | | CHAPTER 13 |
|---|---|---|
| Borey Teav | Debtor(s). | CASE NUMBER 2:10-bk-10994-AA |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3250 WILSHIRE BLVD., STE 1500
LOS ANGELES, CA 90010

A true and correct copy of the foregoing document described as __DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __03/03/11__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Kathy A Dockery (TR) efiling@CH13LA.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Ramesh Singh Recovery Management Systems  claims@recoverycorp.com
Edward T Weber bknotice@rcolegal.com
Carol E Hardy PRA Receivables Management  dgarcia@portfoliorecovery.com
Linh K Tran bline.chapter13@blinellc.com
Edward T Weber U.S. Bank National Association as Trustee for CMFT 2006-S1(CHASE MORTGAGE FINANCE TRUST SERIES 2006-S1) eweber@rcolegal.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __03/03/11__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 3, 2011 | L. Bishop Austin 175497 | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.18

Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy