L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939
Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

In Re:

Borey Taev

Debtor(s)

CHAPTER 13
CASE NO. 2:10-BK-10994-AA

DEBTOR'S DECLARATION IN SUPPORT FOR DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE

TO ALL INTERESTED PARTIES:

Debtor Borey Taev hereby declares as follows:

1.- On January 11, 2010, I filed my Chapter 13 case to save my house from foreclosure. Doc # 1.

2.- On May 5, 2010 my Chapter 13 case was confirmed by the Court. Doc # 28.

3.- On September 16, 2010 my lender Chase filed a Notice of Motion and Motion for relief on my house located at 12029 Lambert Avenue, El Monte, CA 91732. Doc # 40.

4.- On October 18, 2010 the Order granting the Motion for relief was signed by the Honorable Alan M. Ahart. Doc # 41.

5.- After the motion was granted, I contacted to my lender Chase, and they suggested me that if I could not afford saving my house, I could still sell it in a Short-sale transaction. I agreed, and I placed my property for sale in a short-sale transaction.

6.- As of today, The short-sale has been approved, and ready to close. The dead line to close is March 15, 2011, and If the transaction is not close, I will lose my property in foreclosure. The Title company can't close the transaction unless this Chapter 13 case is Dismissed. I spoke to the Title company officer, and he explained me that "this is part of the Title company policy". So I agree on that.

1     Based on the above, I kindly request the Court take in consideration this declaration and allow me to dismiss my Chapter 13 case immediately.

    I declare under penalty of perjury under the Laws of The United States of America, that the foregoing is true and correct.

Dated: 03/03/2011                                                                                   Respectfully submitted,

                                                                                                                                                               _____

                                                                                                                                                               Debtor Borey Taey