FORM CACB (od13vdr VAN–154)
Rev.(03/09)

# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF
## CHAPTER 13 [11 U.S.C. § 1307(b)]

**DEBTOR INFORMATION:**
Borey Teav

**BANKRUPTCY NO.** 2:10–bk–10994–AA

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):  xxx–xx–0828
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 3/10/11

**Address:**
12029 Lambert Ave
El Monte, CA 91732

Based on debtor's request, IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and

(2)  the court retains jurisdiction on all issues arising under 11 U.S.C. §§ 110, 329 and 362.

Dated: March 10, 2011

BY THE COURT,
**Alan M. Ahart**
United States Bankruptcy Judge

(Form od13vd VAN–154) Rev. 03/09

**47 / SP3**